**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2386**

_____

SIDONIE LEUBEU HAPI, a/k/a Sidone Leudeu Hapi,

       Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

       Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  February 27, 2013     Decided:  March 27, 2013

_____

Before KING, DIAZ, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Sidonie Leubeu Hapi, Petitioner Pro Se.  Michael Christopher Heyse, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidonie Leubeu Hapi, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion as untimely. See 8 C.F.R. § 1003.2(a), (c) (2012). We therefore deny the petition for review for the reasons stated by the Board. See In re: Leubeu Hapi (B.I.A. Oct. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED